# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D22-1545
_____

GLENN M. WRIGHT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

September 29, 2022


PER CURIAM.

AFFIRMED.

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Glenn M. Wright, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.